IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARLENE HUGHES** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | **No. 17-1176** |
| | : | |
| **UNITED STATES OF AMERICA**, *et al.* | : | |

## ORDER

AND NOW, this 6th day of November 2017, upon considering Plaintiff's Certification of Distribution (ECF Doc. No. 31) in compliance with this Court's August 10, 2017 Order approving the settlement (ECF Doc. No. 27) and November 2, 2017 Order clarifying the approval (ECF Doc. No. 30), it is **ORDERED** this action is **DISMISSED**.[1]

KEARNEY, J.

---

[1] We shall retain jurisdiction for ninety (90) days to address any requests under paragraph 2 (c) of our August 10, 2017 Order (ECF Doc. No. 27).